## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FIRSTMERIT BANK, N.A. successor in interest
to FDIC, as receiver for George Washington
Savings Bank,

                        Plaintiff,

v.                                     Case No.  13 cv 04867

FOX HILL DEVELOPMENT, LLC,
KONSTANTINE ORFANOS,  PAGE ORFANOS,
CHRISTOPHER P. VANGEL, and
GEORGE WASHINGTON BANCORP, INC.,

                     Defendants.

## PLAINTIFF'S COMBINED MOTION FOR DEFAULT JUDGMENT
## OF FORECLOSURE AND SALE AND STIPULATED AGREED JUDGMENT
## OF FORECLOSURE AND SALE ON COUNTS I AND V

Plaintiff FirstMerit Bank, N.A., by its attorneys, moves for a default judgment of foreclosure and sale against defendant George Washington Bancorp, Inc. pursuant to Fed.R.Civ.P. 55, and a stipulated and agreed judgment of foreclosure and sale against Fox Hill Development, LLC, Konstantine Orfanos and Christopher P. Vangel (collectively, the "Obligors") pursuant to Fed.R.Civ.P 54.

1.      On July 8, 2013, Plaintiff filed its verified Complaint to Foreclose Mortgages and for Other Relief (the "Complaint") seeking in Counts I and V to foreclose Defendants' interest in certain non-residential real property located at the North East Corner of Sycamore Road and John Street, Yorkville, Illinois.

2.      As evidenced by the affidavit of service, Defendant George Washington Bancorp, Inc. was served upon its registered agent Paul Matthews on July 10, 2013. Pursuant to

Fed.R.Civ.P. 12, this defendant's appearance and responsive pleading were due on July 31, 2013 and as of the date of filing, no appearance or responsive pleading has been filed according to the electronic court docket.

3.      Defendant George Washington Bancorp, Inc.'s failure to defend and deny the allegations of Plaintiff's Complaint results in those allegations being admitted and Plaintiff therefore moves for the entry of Default Judgment against George Washington Bancorp, Inc.

4.      Defendant Konstantine Orfanos filed his appearance by attorney on July 31, 2013.

5.      Defendant Fox Hill Development, LLC filed its appearance by attorney on August 1, 2013.

6.      Defendant Christopher P. Vangel filed his appearance by attorney on August 2, 2013.

7.      In an effort to settle all claims with Lender, and in conjunction with a Settlement Agreement dated August 1, 2013 between FirstMerit and Obligors, FirstMerit and Obligors executed the Stipulation, attached as Exhibit A, whereby the Obligors agreed to the entry of a judgment of foreclosure and waived any and all objections and claims to the foreclosure of the mortgages identified in Counts I and V in the Complaint and agreed to the judicial sale of the mortgaged properties.

WHEREFORE, Plaintiff FirstMerit Bank, N.A., respectfully requests that this Court enter an order:

A.      Granting default judgment of foreclosure and sale in favor of Plaintiff and against George Washington Bancorp, Inc. on Count I of the Complaint in the form of the proposed judgment order emailed to the Court;

B.  Granting default judgment of foreclosure and sale in favor of Plaintiff and against George Washington Bancorp, Inc. on Count V of the Complaint in the form of the proposed judgment order emailed to the Court;

C.  Granting agreed judgment of foreclosure and sale in favor of Plaintiff and against Defendants Fox Hill Development, LLC, Konstantine Orfanos, and Christopher P. Vangel on Count I of the Complaint in the form of the proposed judgment order emailed to the Court;

D.  Granting agreed judgment of foreclosure and sale in favor of Plaintiff and against Defendants Fox Hill Development, LLC, Konstantine Orfanos, and Christopher P. Vangel on Count V of the Complaint in the form of the proposed judgment order emailed to the Court;

E.  Appointing The Judicial Sales Corporation to act as selling officer in connection with the judicial sale of the subject property, as set forth in the form of the proposed judgment order emailed to the Court; and

F.  Awarding such other and further relief as equity may require.

Respectfully Submitted,

FIRSTMERIT BANK, N.A.

By:  ___/s/ Ann Addis Pantoga_____
One of Its Attorneys

Ann Addis Pantoga (ARDC # 6243624)
Richard T. Reibman (ARDC # 3122849)
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
312.346.7500